IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs | ) | Case No.  3:13CR072(1) |
| | ) | |
| Tyler Christian | | |

**ORDER TERMINATING SUPERVISED RELEASE**

On May 21, 2020, the above named commenced his three (3) year term of supervised release.

Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is

hereby ordered that the term of supervised release be terminated.

_____
The Honorable Walter H. Rice
United States District Judge

_____11-17-21_____
Date